Opinion filed April 10, 2008 












 
 
  
 
 







 
 
  
 
 




Opinion filed April 10, 2008 

 

 

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00052-CR

                                                    __________

 

                           ELIZABETH
GALINDO CORTEZ, Appellant

                                                             V.

                                         STATE OF TEXAS, Appellee

 



 

                                         On
Appeal from the 385th District Court

                                                        Midland
County, Texas

                                                 Trial Court Cause No. CR33759

 



 

                                              M
E M O R A N D U M   O P I N I O N

Elizabeth
Galindo Cortez has filed in this court a motion to withdraw her notice of
appeal.  In her motion, appellant states
that the consequences of withdrawing her notice of appeal have been explained
to her, that she understands those consequences, that her decision was freely
and voluntarily made, and that no undue influence or coercion has been involved
in her decision.  The motion is signed by
both appellant and her counsel.  

The
motion is granted, and the appeal is dismissed.

 

April 10, 2008                                                              PER
CURIAM

Do not publish.  See Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.